**Order entered October 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00771-CV

## ANDREA M. REYES, Appellant

## V.

## GUADALUPE TORRES AND ROSALINDA SILVA, Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13110**

## ORDER

Before the Court is appellant's October 12, 2019 motion for extension of time to file her opening brief. The reporter's record was ordered to be filed October 21, 2019, but appellant explains she was recently informed no reporter's record exists for the underlying proceedings. We rule as follows.

We **VACATE** our September 30, 2019 order directing court reporter Vielica Dobbins to file the reporter's record no later than October 21, 2019 and **ORDER** appellant's opening brief be filed no later than November 15, 2019.

We **DIRECT** the Clerk of the Court send a copy of this order to Ms. Dobbins and the parties.

/s/     BILL WHITEHILL
          JUSTICE